

# NUMBER 13-13-00340-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARK MERU,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                           **Appellee.**

---

### On appeal from the 117th District Court
### of Nueces County, Texas.

---

# O R D E R

### Before Justices Garza, Benavides, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion to direct the trial court clerk to forward to this Court original Exhibit 3, a recording, which was filed in Cause No. 11-CR-3756-B.

The Court, having fully examined and considered appellant's motion to direct the trial court clerk to forward the original exhibit, is of the opinion that the motion should be

granted. Appellant's motion is hereby GRANTED. The clerk of the trial court is hereby ORDERED to forward original Exhibit 3 admitted at trial in Cause No. 11-CR-3756-B to this Court within fifteen days from the date of this order.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this
The 2nd day of October, 2015.